# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>   Plaintiff,<br><br>v.<br><br>MINH NGUYEN, et al.,<br><br>   Defendants. | Case No. 19-cv-02547-SVK<br><br>**ORDER DENYING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY**<br><br>Re: Dkt. No. 21 |

On December 16, 2019, the Court asked the parties to submit a status report by January 3, 2020, in preparation for a January 7, 2020 case management conference. Dkt. 19. On December 18, 2019, Defendants filed a request to appear telephonically at the case management conference. Dkt. 21. As of the date of this order, no status report has been filed. Accordingly, the Court **DENIES** Defendants' request.

**SO ORDERED.**

Dated: January 6, 2020

SUSAN VAN KEULEN
United States Magistrate Judge