UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MINH NGUYEN, et al.,<br><br>    Defendants. | Case No. 19-cv-02547-SVK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 19, 24 |

The Parties are scheduled for an initial case management conference on January 7, 2020. Dkt. 19. On January 6, 2020, the Parties filed a status report indicating that they have set a mediation date of February 4, 2020. Dkt. 24. Upon the Parties' representation that a mediation has been confirmed, the January 7, 2020 case management conference is hereby **CONTINUED** to **February 25, 2020 at 9:30 a.m**. The Parties are to file a joint case management conference statement by **February 18, 2020.**

As the Parties failed to timely inform the Court of the need for an extension of time to complete mediation and disregarded this Court's order to be informed of the status of the case, no further extensions will be granted.

**SO ORDERED.**

Dated: January 6, 2020

*Susan van Keulen*

SUSAN VAN KEULEN
United States Magistrate Judge