UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>MINH NGUYEN, et al.,<br><br>    Defendants. | Case No. 19-cv-02547-SVK<br><br>**ORDER TO SHOW CAUSE** |

On January 31, 2020, the parties reported to the mediator that the case had settled. Dkt. 27. On February 3, 2020, this Court issued a Clerk's Notice requiring the parties to file either a notice of settlement or a status report regarding the settlement by February 10, 2020. Dkt. 28. As of the date of this order, no documents have been filed.

As the parties have failed to respond to respond to a Court order, they are hereby **ORDERED** to show cause why this case should not be dismissed. An order to show cause hearing is set for **February 25, 2020 at 10:00 a.m.** and the case management conference previously set for February 25, 2020 is vacated. The parties are to submit a response to this order no later than **February 20, 2020.** Failure to do so will result in dismissal of this matter.

**SO ORDERED.**

Dated: February 11, 2020

SUSAN VAN KEULEN
United States Magistrate Judge