UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MINH NGUYEN, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-02547-SVK<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT**<br><br>Re: Dkt. No. 31 |

Plaintiff reports that this case has settled. Dkt. 31. All previously scheduled deadlines and appearances are vacated. Defendants' motion to appear by telephone (Dkt. 26) is terminated.

By **March 20, 2020**, the parties shall file a stipulation of dismissal. If a dismissal is not filed by the specified date, then the parties shall appear on **March 24, 2020 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed. Additionally, the parties shall file a statement in response to this Order no later than **March 20, 2020**, describing with specificity (1) the parties' efforts to finalize settlement within the time provided, and (2) whether additional time is necessary, the reasons therefor, and the minimum amount of time required to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: February 19, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
SUSAN VAN KEULEN
United States Magistrate Judge